■ KLARA GLIEM, Respondent, v STEVEN PARKER et al., Respondents, and LMV LEASING, INC., Appellant. (Action No. 1.) STEVEN PARKER et al., Respondents, v KLARA GLIEM et al., Defendants and Third-Party Plaintiffs-Respondents. LMV LEASING, INC., Third-Party Defendant-Appellant. (Action No. 2.)—In an consolidated action to recover damages for personal injuries, LMV Leasing, Inc. appeals from an order of the Supreme Court, Nasau County (DiPaola, J.), dated August 17, 1987, which, after a hearing, denied its motion for summary judgment dismissing the complaint, the third-party complaint, and all cross claims against it.

Ordered that the order is affirmed, with costs to the defendants-respondents Parker in action No. 1.

The Supreme Court properly denied, after a hearing, the appellant's motion for summary judgment dismissing all claims against it arising out of the automobile accident in question. We find that a triable issue of fact exists as to whether the appellant was the registered owner of the vehicle alleged to have caused the accident *(see, Pugh v Hartford Ins. Group,* 68 Misc 2d 1014).

We have considered the appellant's remaining contentions and find them to be without merit. Mollen, P. J., Eiber, Kooper and Harwood, JJ., concur.